## Caplan et al., Appellants, *v.* Option Supply Company.

Argued November 20, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

547

peti-
tion for reargument refused May 18, 1970.

*Harold R. Schmidt*, with him *Roger Curran*, *Robert
L. Zeman*, and *Rose, Schmidt and Dixon*, and *Zeman &
Zeman*, for appellants.

*Wallace E. Edgecombe*, with him *Royston*, *Robb,
Leonard, Edgecombe, Miller & Shorall*, for appellees.

OPINION PER CURIAM, April 22, 1970:
Judgment affirmed.
Mr. Justice EAGEN, Mr. Justice O'BRIEN and Mr.
Justice ROBERTS dissent.